Andrew G. Watters (#237990)
118 South Blvd.
San Mateo, CA 94402
andrew@andrewwatters.com
+1 (415) 261-8527

Attorney for Plaintiff
EDJX, Inc.

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDJX, Inc.,** a Delaware Corporation,<br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>**6x7 Networks, LLC,** a California Limited Liability Company; **Benjamin P.D. Cannon**, an individual, Does 1-10,<br>　　　　　　　Defendants. | No.  Case no. 3:21-cv-02398<br><br>**(PROPOSED) JUDGMENT**<br><br>Fed. R. Civ. P. 55(b)(2) |

1
**JUDGMENT**

# JUDGMENT

Plaintiff EDJX, Inc. filed a Motion for Default Judgment against Defendants 6x7 Networks, LLC, and Benjamin P.D. Cannon under Rule 55(b)(2) of the Federal Rules of Civil Procedure which was considered by the Court. After a review of the Complaint, Memorandum, Declarations and their corresponding exhibits submitted in support of the Motion for Default Judgment, the Court finds as follows:

1. The Summons and Complaint were properly served upon the Defendants.

2. Defendants 6x7 Networks, LLC, and Benjamin P.D. Cannon, have failed to appear in this action by timely pleading or responding to, or otherwise defending against the Complaint in this action after proper service thereof.

3. Upon Plaintiff's application for entry of default, the clerk entered default against defaulting parties Defendants 6x7 Networks, LLC, and Benjamin P.D. Cannon under Rule 55(a) of the Federal Rules of Civil Procedure.

4. Defendant Benjamin P.D. Cannon is not a minor, or an incompetent person, or a current member of the military.

5. Plaintiff has sufficiently proven up its claims against Defendants as set forth in the Complaint, Declarations, Memorandum, and other papers filed.

6. This Court finds that the judgment against Defendant 6x7 Networks is based on Defendants' fraud, misrepresentation, and deceit with intent to defraud Plaintiff with regard to executing the Service Agreement and its Addendum with Defendant 6x7 Networks. Defendant 6x7 Networks and Benjamin P.D. Cannon both engaged in defrauding Plaintiff, with Defendant Cannon acting as an agent on behalf of 6x7 Networks. The Defendants acted with malice,

oppression, or fraud, and Ms. Cannon was or is an officer, director, and/or managing agent of 6x7 Networks, LLC.

7. Defendant 6x7 Networks, in intentionally sending sham invoices across state lines, which demanded payment from Plaintiff for services not actually rendered or due, has committed wire fraud which is prohibited under 18 U.S.C. § 1343. The repeated act of doing so against Plaintiff comprise predicate acts committed during a closed period, which establishes a pattern of racketeering activity prohibited under Racketeer-Influenced and Corrupt Organizations (RICO) Law.

THEREFORE, it is ordered that judgment be entered under Rule 55(b)(2) of the Federal Rules of Civil Procedure against 6x7 Networks, LLC, and Benjamin P.D. Cannon as follows:

Defendant 6x7 Networks, LLC shall pay the Plaintiff EDJX, Inc. the principal sum of thirty-three thousand one hundred and twenty-five dollars ($33,125.00) in fraud damages. Defendant 6x7 Networks, LLC, is further liable for treble damages in the amount threefold of the total principal, thus setting the amount at ninety-nine thousand three hundred and seventy-five dollars ($99,375.00) in treble damages. Defendant 6x7 Networks, LLC shall also be liable for ten thousand dollars ($10,000.00) in attorney fees as damages, for a total of one hundred forty-two thousand five hundred dollars ($142,500.00).  6x7 Networks, LLC is jointly and severally liable with Defendant Benjamin P.D. Cannon for all of these damages.

Defendant Benjamin P.D. Cannon shall individually pay to Plaintiff the sum of thirty-three thousand one hundred and twenty-five thousand dollars ($33,125.00) in fraud damages.  Defendant Benjamin

P.D. Cannon is further liable for treble damages in the amount threefold of the total principal, thus setting the amount at ninety-nine thousand three hundred and seventy-five dollars ($99,375.00) in treble damages. Ms. Cannon shall also be liable for ten thousand dollars ($10,000.00) in attorney fees as damages, for a total of one hundred forty-two thousand five hundred dollars ($142,500.00). Benjamin P.D. Cannon is jointly and severally liable with Defendant 6x7 Networks for all of these damages.

As to punitive damages, the Court finds that the financial condition of Defendants permits an award of punitive damages, and considering the factors permitted by law, an award of two hundred fifty thousand dollars ($250,000) in punitive damages is necessary and warranted under the law to punish the Defendants for the malice, oppression, and fraud.

For the violations of 18 U.S.C. § 1343 as predicate acts in violation of the RICO Law, Defendant Benjamin P.D. Cannon, and all persons acting in concert with her who have notice, are ordered divested from the racketeering enterprise forthwith, and a receiver shall be appointed forthwith to wind down 6x7 Networks, LLC without Ms. Cannon. Ms. Cannon shall not re-enter the telecom field or a similar business enterprise for at least fifteen years from the date of this decree.

//

//

//

//

//

For the violation of 18 U.S.C. § 1343 as predicate acts in violation of the RICO Law, Defendant 6x7 Networks, LLC is determined to be a continuing criminal enterprise, is hereby enjoined from further unlawful activities as well as its principals, and is ordered dissolved and wound up through receivership. No principal of 6x7 Networks, LLC, including but not limited to Ms. Cannon, shall continue or attempt to continue the enterprise.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

_____                                    _____
Date                                                                                                   United States District Judge