IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>6X7 NETWORKS, LLC, et al.,<br><br>                    Defendants. | Case No. 21-cv-02398-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES OF COMPLAINT AND EXHIBITS ATTACHED THEREO** |

On February 25, 2022, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith courtesy copies of its Complaint, filed April 2, 2021, as well as the exhibits attached thereto. Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: February 28, 2022

MAXINE M. CHESNEY
United States District Judge