IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> 6x7 NETWORKS, LLC, a California Limited Liability Company; BENJAMIN P.D. CANNON, <br><br>   Defendants. | Case No. 21-cv-02398-MMC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO TIMELY SERVE DEFENDANTS** |

Before the Court is Magistrate Judge Sallie Kim's Report and Recommendation, filed September 20, 2021,[1] whereby Magistrate Judge Kim recommends that the Court deny plaintiff's motion for default judgment for the reasons that, <u>inter alia</u>, plaintiff has not effectuated proper service on either defendant and has failed to state a cognizable claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO").  No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety, and, accordingly, plaintiff's motion for default judgment is hereby DENIED.

Further, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than April 1, 2022, why the above-titled action should not be dismissed without prejudice

---

[1] The above-titled action was reassigned to the undersigned on February 25, 2022.

for failure to timely serve defendants. <u>See</u> Fed. R. Civ. P. Rule 4(m).

**IT IS SO ORDERED.**

Dated: March 11, 2022

                                                                  */s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge