IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> 6X7 NETWORKS, LLC, et al., <br><br>  Defendants. | Case No. 21-cv-02398-MMC <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** |

On March 11, 2022, the Court ordered plaintiff to show cause, in writing and no later than April 1, 2022, why the above-titled action should not be dismissed for failure to timely serve defendants.

Now before the Court is the Declaration of Andrew Watters, filed March 31, 2022, wherein the declarant, plaintiff's counsel, requests a 15-day extension of the deadline to respond to the order to show cause, to enable counsel sufficient time to prepare and file a motion for service by publication.[1]

Good cause appearing, plaintiff's request is hereby GRANTED, and plaintiff shall file its motion for service by publication no later than Monday, April 18, 2022.

**IT IS SO ORDERED.**

Dated: April 8, 2022

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff failed to provide the Court with a courtesy copy of the above-referenced declaration. Nonetheless, the Court has considered it. For future reference, plaintiff is reminded that, pursuant to the Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.