IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>6X7 NETWORKS, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-02398-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Before the Court is plaintiff's "Motion for Service by Publication and Via Substitute Service," filed April 17, 2022.  Having read and considered the motion, and having reviewed the record, the Court finds it appropriate to first require plaintiff to show cause why its claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), the one claim over which the Court has original jurisdiction, should not be dismissed, and, if dismissed, why plaintiff's remaining four claims, all brought under state law, should not be dismissed without prejudice to refiling in state court.  See 28 U.S.C. § 1367(c)(3) (providing district court "may decline to exercise supplemental jurisdiction over a claim" where "district court has dismissed all claims over which it has original jurisdiction").

In particular, Magistrate Judge Sallie Kim, to whom the above-titled action previously was assigned, recommended, in a Report and Recommendation filed September 20, 2021, that plaintiff's then pending motion for default judgment be denied for, inter alia, failure to allege sufficient facts to state a RICO claim.  Plaintiff did not file an objection to the Report and Recommendation, and the Court, on March 11, 2022, adopted it in full.

//

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than May 13, 2022, why its RICO claim should not be dismissed for failure to state a claim and its state law claims dismissed without prejudice to refiling in state court.

**IT IS SO ORDERED.**

Dated: April 22, 2022

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge