# 6x7 Networks
CRITICAL SYSTEMS

**44 Montgomery St, Suite 2310, San Francisco CA**
SF1: 5030 3rd st, San Francisco, CA * SM1: 4 w 4th Ave, San Mateo, CA
www.6x7networks.com

## Quotation

Date: **07/24/2020**

Client: **EDJX, Inc. (edjx.io)**

Location : **Cyxtera SF01 - 2401 Walsh Ave, Santa Clara, CA 95051**

**Service:**

- 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED **MRC:** ~~$4800~~ $2000, **NRC:** ~~$48,000~~ $10,000
- 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED REDUNDANT CIRCUIT TO SECOND CORE ROUTER **MRC:** ~~$4800~~ $0 (OK PER BC), **NRC:** ~~$48,000~~ $0 (OK PER BC)
- A minimum of 2x rack space (as available, after 6x7 core router and compute, APPROX 22U across both racks in total but, if available, EDJX will be offered as much as 6x7 can deliver at a given site.)

**Customer Cyxtera/EDJX to provide :**

- 2x 42U min full locking cabinets
- 208v 30A A&B feed to each cabinet, L6-30R receptacles.
- Cross connects as reasonably determined

No-bill for the sooner of 1 year or the commencement of billing customers for usage on the EDJX platform.

**Revenue Share:**

- **It is acknowledged that the installation of 6x7 equipment facilitated by the EDJX data center partnership ("Site Installation") may result in 6x7 revenue opportunities outside the scope of EDJX related services.**
  - For any business generated from customers involving a direct sales relationship with 6x7 using the Site Installation, EDJX will be entitled to a commission equal to ten percent (10%) of the MRC value up to an aggregate value of two times the active EDJX MRC



Doc ID: 9f3df949d03fff837592d3022327bf517c27e4d2

charges. For example, if EDJX MRC is $5,000, $10,000 is the limit of commissions payable to EDJX.

- For any business generated from customers that are, at the time of signing, customers, partners, including the data center operator of the Site Installation, or direct referrals of EDJX, EDJX will be entitled to a commission equal to fifteen percent (15%) percent of the MRC for the first 12 months of the contract.

- All commissions will be paid to EDJX on a quarterly basis no later than ten (10) days after the end of the quarter. EDJX is not entitled to commission on MRC beyond the first 12 months of the customer contract, or any subsequent contract renewals. However, if the customer adds subsequent net new contracts, EDJX will be entitled to a commission on the new contract payable starting at the time of signing and at the applicable rate called out per this contract on a monthly basis.

- Payments to EDJX, Inc. will be due no later than the 5th business day of the month after the new 6x7 customer begins its contract and shall occur for the life of the customer's contract including any renewals

- Each month, 6x7 shall provide a list of each applicable contract, on a no-name basis, and the economics of that contract including but not limited to rate sheet and length of contract terms for each new customer at such location.

- EDJX shall have the right, at its own expense, to Audit 6x7 new customers on a semi-annual or annual basis for the Term of the customer contracts.

**MRC:** $2,000 **NRC:** $10,000

THIS PRICING IS CONFIDENTIAL and requires a signed counterpart to be effective.

**Term:** 5 year

Install lead time: **30-60 days** from executed contract, quote, and payment of NRC and 1st month MRC.

This quotation is invalid without a companion Master Services Agreement.
This quotation expires **7 days** from the date above.

6x7 Networks
CRITICAL SYSTEMS

**44 Montgomery St, Suite 2310, San Francisco CA**
SF1: 5030 3rd st, San Francisco, CA * SM1: 4 w 4th Ave, San Mateo, CA
www.6x7networks.com

Prices indicate price for qty1a quantity of one (1), The total quantities qty actually used to will be billed.
This quotation is invalid unless signed by the Customer.
This quotation excludes any building or riser access fees, charged by any owner or owner's agent.
This quotation assumes additional cross-connect fees, if any, are to be borne by the Customer.

*= Requires if applicable 24/7/365.25 access to all of customer's facilities including roof, riser, and MPOE, otherwise best-efforts.

Signed: [signature] Name: John Cowan (CEO)

Email: jcowan@edjx.io Phone:

Address: 07 / 27 / 2020

6x7 Networks
CRITICAL SYSTEMS

**44 Montgomery St, Suite 2310, San Francisco CA**
SF1: 5030 3rd st, San Francisco, CA * SM1: 4 w 4th Ave, San Mateo, CA
www.6x7networks.com

# Master Service Agreement

This Master Service Agreement (the "Agreement") is between 6x7 Networks, LLC. ("6x7") and the Customer shown at the end of this document and consists of (i) this document and (ii) the Customer's Order(s). 6x7 will begin installation and Service only after it receives and accepts: (i) a signed Order; (ii) this Agreement signed by a Customer authorized representative; and (iii) the Initial Payment due under Section 1.1 of this Agreement.

1. Service Fees and Billing. Customer agrees to pay the monthly charges for Service, the activation and other charges indicated on the Order(s) or otherwise due hereunder (collectively, "Fees"). Fees do not include applicable taxes (if any), shipping charges (if any), all of which shall be billed in addition to the Fees and shall be the responsibility of the Customer.

1.1 *Initial Payment*. Upon 6x7's acceptance of the Order and full execution of this Agreement, Customer shall be invoiced for all Service Activation Charges and the first full month's Fees which shall be immediately to activate the order.

2. Recurring Fees. 6x7 will bill Customer monthly in advance for all recurring Fees and in arrears for usage-based or non-recurring Fees. Billing for monthly Fees will begin on the earlier of either: (a) the date that Customer begins using the Service or installs Customer Equipment in 6x7's premises or (b) the date of the Service Activation Notice.

3. Payment. Customer will pay in full all invoices from 6x7 in U.S. dollars on or before the date specified on said invoices, generally invoices are due on receipt. Late payments will accrue interest at a rate of ten percent (10%) per year or the highest rate allowed by applicable law, whichever is lower. If payment is returned to 6x7 with insufficient funds, Customer is considered to not to have paid and subject to a returned check charge of $25 and may be terminated for Nonpayment as described in 13.1.

4. Local and Long-Distance Carriers. Customer is responsible for ordering, maintaining, terminating and paying for any data and telecommunications circuits provided to Customer by local and long-distance carriers including cross-connects from 6x7.

5. Other Networks. Customer is responsible for paying any fees, obtaining any required approvals and complying with any laws or usage policies applicable to transmitting data beyond the Network and/or through other public and private networks. 6x7 is not responsible or liable for performance or non- performance of such networks or their inter-



Doc ID: 9f3df949d03fff837592d3022327bf517c27e4d2

connection points.

6. This paragraph intentionally deleted.

7. NO WARRANTY. EXCEPT AS SPECIFICALLY SET FORTH HEREIN, THE SERVICES ARE PROVIDED ON AN "AS IS" BASIS, AND CUSTOMER'S USE OF THE SERVICES AND THE COLOCATION SPACE ARE AT CUSTOMER'S OWN RISK. 6X7 DOES NOT MAKE, AND HEREBY DISCLAIMS, ANY AND ALL OTHER EXPRESS AND IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT AND TITLE, AND ANY WARRANTIES ARISING FROM A COURSE OF DEALING, USAGE, OR TRADE PRACTICE. 6X7 DOES NOT WARRANT THAT THE SERVICES WILL BE UNINTERRUPTED, ERROR-FREE, OR COMPLETELY SECURE.

8. Disclaimer of Third Party Actions and Control. 6x7 does not and cannot control the flow of data to or from the Network and other portions of the Internet. Such flow depends in large part on the performance of Internet services provided or controlled by third parties. At times, actions or inactions caused by these third parties can produce situations in which Customer connections to the Internet (or portions thereof) may be impaired or disrupted. 6x7 cannot guarantee that such situations will not occur and, accordingly, 6x7 disclaims any and all liability resulting from or related to such events. In the event that Customer's use of the Service or interaction with the Internet or such third parties is causing harm to or threatens to cause harm to the Network or its operations, 6x7 shall have the right to suspend the Service. 6x7 shall restore Service at such time as it reasonably deems that there is no further harm or threat of harm to the Network or its operations.

9. Insurance. Customer will keep in full force and effect during the term of this Agreement: (i) commercial general liability insurance; (ii) workers' compensation insurance in an amount not less than that required by applicable law; and (iii) business property insurance covering Customer's equipment in the amount of its replacement value, and shall furnish certificates of additionally insured naming 6x7 as the insured party, upon reasonable request of 6x7.

10. Limitations of Liability.

10.1 *Personal Injury*. 6x7 will not be liable for any harm or personal injury to Customer personnel resulting from any cause, other than 6x7's gross negligence or willful misconduct.

10.2 *Damage to Customer Equipment*. 6x7 is not liable for damage to, or loss of any of

Customer Equipment resulting from any cause, other than 6x7's gross negligence or willful misconduct and then only in an amount not to exceed the replacement value of the damaged Customer Equipment, or the total amount paid by Customer to 6x7 for one month's service, whichever is lower.

10.3 *Damage to Customer Business*. In no event will 6x7 be liable for any incidental, punitive, indirect, or consequential damages (including without limitation any lost revenue or lost profits) or for any loss of technology, loss of data, or interruption or loss of use of Service (except as set forth in Section 6) or any other similar claims by Customer or related to Customer's business, even if 6x7 is advised of the possibility of such damages. 6x7 will not be liable for any damages or expenses incurred by Customer as a result of any deficiency, error, or defect in 6x7's service whether due to equipment, hardware, software, or 6x7's failure to correct the same.

10.4 *Maximum Liability*. Notwithstanding anything to the contrary in this Agreement, 6x7's maximum aggregate liability to Customer related to or in connection with this Agreement whether under theory of contract, tort (including negligence), strict liability or otherwise will be limited to the total amount paid by Customer to 6x7 for this Term.

11. Indemnity. Customer will indemnify, defend and hold harmless the 6x7 Parties from and against any and all claims, actions or demands arising out of Customer's use of the Service alleging: (a) with respect to the Customer's business: defamation, libel, slander, obscenity, pornography, or violation of the rights of privacy or publicity; or spamming or any other offensive, harassing or illegal conduct or violation of the Acceptable Use Guidelines; (b) any loss suffered by, damage to or injury of any other 6x7 customer, any other customer equipment or personnel, which loss, damage or injury is caused by acts or omissions by Customer personnel; (c) any personal injury suffered by any Customer personnel arising out of such individual's activities related to the Services, unless such injury is caused by 6x7's gross negligence or willful misconduct; and (d) any other damage arising from the Customer Equipment or Customer's business. Customer agrees to reimburse 6x7 for the expense and cost of handling such claims including, without limitation, legal fees.

12. Term. This Agreement will commence on the Effective Date and shall expire at the end of the last "Term" specified in any Order, unless sooner terminated as provided in Section 13 below. No later than 90 days before the end of the Term, each part shall provide a written intent to renew notice for a Term of no less than one (1) year. Order shall automatically renew for additional periods of the same length as the new Term upon the end of its Term unless one party provides the other written notice via certified mail with return receipt only that it is terminating such Order not more than 90 days and not less than 60 days prior to



Doc ID: 9f3df949d03fff837592d3022327bf517c27e4d2

the end of the Term specified in the Order.

12.1 *Rate Adjustments*. After the initial term, 6x7 has the right to increase rates by giving Customer 120 days advance notice of its intention to do so. Customer may terminate service within the 120-day period or continue to use service and pay the increased rate.

13. Termination.

13.1 *Nonpayment*. 6x7 may suspend Service to Customer if any amount due hereunder is not paid in full within seventy-two (72) business hours after Customer is sent an overdue notice. To reinstate Service, 6x7 will require payment of the overdue amount, plus a security deposit of any amount, plus any fees 6x7 may have incurred as a result of the collection activity. 6x7 may terminate this Agreement (or at its option, only the relevant Order) if any amount due hereunder is not paid in full within five (5) business days after Customer is sent an overdue notice.

13.2 *Bankruptcy*. 6x7 may terminate this Agreement upon written notice to Customer if Customer becomes the subject of a petition in bankruptcy or any proceeding relating to insolvency, receivership, or liquidation for the benefit of creditors, if such petition or proceeding is not dismissed within 120 days of filing.

13.3 *Unacceptable Use*. 6x7 may immediately terminate this Agreement if Customer violates any provision of the 6x7 Acceptable Use Guidelines that results or could result in suspension by 6x7 if not cured within seven (7) business days.

13.4 *For Other Cause*. Except as otherwise stated, 6x7 may terminate this Agreement if the other party breaches any material term or condition of this Agreement and fails to cure such breach within ten (10) business days after receipt of written notice of the same.

13.5 *Other*. 6x7 shall have the right to terminate Customer's use of the Colocation space or the Service delivered at a specific facility therein in the event that 6x7's rights to use the facility terminates or expires for any reason.

13.6 *Effect of Termination*. Upon expiration or termination of this Agreement: (a) 6x7 will cease providing the Services; (b) except in the case of termination by Customer pursuant to Section 12.1, 13.4, or 13.5, all of Customer payment obligations under this Agreement, including but not limited to monthly Service Fees through the end of the Term indicated on the Order(s) will become due in full immediately; and (c) within ten (10) days, Customer will remove all of Customer Equipment and any other property from 6x7’s premises and return the Colocation Space to 6x7 in the same condition as it was prior to Customer installation. If Customer does not remove such property within the ten (10) business day

period, 6x7, at its option and at Customer expense, may remove and store any and all such property, return such Equipment to the Customer, or dispose of such equipment without liability for any related damages upon Customer's request. In addition, 6x7 reserves at any time the right to charge any previously used payment methods and/or to hold any Customer Equipment until it has received payment in full.

14. Survival. The Parties' respective representations, warranties, and covenants, together with obligations of indemnification, confidentiality and limitations on liability will survive the expiration, termination or rescission of this Agreement and continue in full force and effect.

15. Miscellaneous Provisions.

15.1 *Force Majeure*. Other than with respect to failure to make payments due hereunder, neither party shall be liable under this Agreement for delays, failures to perform, damages, losses or destruction, or malfunction of any equipment, or any consequence thereof, caused or occasioned by, or due to fire, earthquake, flood, water, the elements, labor disputes or shortages, utility curtailments, power failures, explosions, civil disturbances, governmental actions, shortages of equipment or supplies, unavailability of transportation, acts or omissions of third parties, or any other cause beyond its reasonable control.

15.2 *No Lease*. This Agreement is a services agreement and is not intended to and will not constitute a lease of or tenancy or other interest in the Colocation Space or other 6x7 premises, the 6x7 Equipment or any other real or personal property.

15.3 *Government Regulations*. Customer will not export, re-export, transfer, or make available, whether directly or indirectly, any regulated item or information to anyone outside the U.S. in connection with this Agreement without first complying with all export control laws and regulations which may be imposed by the U.S. Government and any country or organization of nations within whose jurisdiction Customer operates or does business.

15.4 *Assignment*. Neither party may assign its rights or delegate its duties under this Agreement either in whole or in part without the prior written consent of the other party, except to an affiliate or a party that acquires substantially all of the assigning party's assets or a majority of its stock as part of a corporate merger or acquisition. Any attempted assignment or delegation without such consent will be void. This Agreement will bind and inure to the benefit of each party's successors and permitted assigns.

15.5 *Notices*. Any required notice hereunder may be emailed to ben@6by7.net delivered personally or by courier; sent by confirmed facsimile; or mailed by registered or certified



Doc ID: 9f3df949d03fff837592d3022327bf517c27e4d2

mail, return receipt requested, postage prepaid, to either party at the name and address on the signature page of this Agreement, or at such other address as such party may provide to the other by written notice. Such notice will be deemed to have been given as of the date it is delivered personally or by courier, or five (5) business days after it is sent by confirmed facsimile or mailed.

15.6 *Relationship of Parties*. This Agreement will not establish any relationship of partnership, joint venture, employment, franchise or agency between the parties.

15.7 *Changes Prior to Execution*. Customer represents and warrants that any changes to this Agreement made by it were properly marked as changes and that Customer made no changes to the Agreement that were not properly identified as changes.

15.8 *Choice of Law*. This Agreement will be governed by and construed in accordance with the laws of the State of California, excluding its conflict of laws principles.

15.8B *Dispute Resolution*. Each Party agrees to timely notify the other Party of any claim, dispute or cause of action arising under or related to this Agreement and to negotiate in good faith to resolve any such claim, dispute or cause of action. To the extent that such negotiations fail, the Parties agree that it shall be finally settled by arbitration at the American Arbitration Association ("AAA") in Delaware before a panel of three neutral arbitrators, one selected by each party and a third selected by those two or, failing their ability to agree on a third, the third shall be appointed by the AAA which arbitration shall be conducted under AAA's commercial arbitration rules then in effect at the time of this Agreement. The decision of the arbitrators shall be final and binding upon the Parties, shall not be appealable, and judgment on the award rendered may be entered in any court of competent jurisdiction. The arbitrators may award actual direct damages only, and will have no authority to award special, consequential, punitive or other damages. Each party will bear equally the costs and expenses of AAA (with the exception of filing fees relative to claimed amounts in dispute) and of the arbitrators. Each party will bear its own costs and expenses, including legal expenses. All arbitration proceedings shall be confidential, except to the extent that disclosure is necessary to enforce an arbitration award in a court of competent jurisdiction. Notwithstanding anything to the contrary, either Party shall have the right, without waiving any remedy under this Agreement, to seek from any court of competent jurisdiction (a) equitable relief and (b) any interim or provisional relief that is necessary to protect their rights or property. BOTH PARTIES IRREVOCABLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY LAW, ALL RIGHTS TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER IN CONTRACT, STATUTE, TORT (SUCH AS NEGLIGENCE), OR OTHERWISE) RELATING TO THIS AGREEMENT.

15.9 *Confidential Information*. The terms and conditions of this Agreement, any Order(s) and other related 6x7 documents are confidential information.

15.10 *Transmission*. Without limiting rights in this or any other agreements, and sharing space with any current equipment or Licensees as per FCC regulations, customer grants 6x7, its subsidiaries, associates, partners, carriers, JVs, heirs and assignees, at 6x7's sole discretion, the sole rights to place its own Wi-Fi, Cellular, backhaul, microwave, LTE, 5G, DAS or other similar transmission gear on any space it controls or influences, weather solely or jointly, indoors or out, including without limitation any hallway rooftop soffit riser raceway mope light post light tower, tower, antenna, or other structure or attachment. The transmission gear shall not interfere with existing transmission equipment, and 6x7 shall coordinate FCC licenses where needed. Customer shall promptly sign or otherwise facilitate 6x7 in obtaining any permits, applications, reports, studies, consultant engagements, or other preparations for 6x7, in order to facilitate the previous and there shall be no fee for these services.

16. General. This Agreement (including Appendix A and B below), together with the Order(s) and 6x7 policies referred to in this Agreement, as well as any Addendum executed by both parties in good faith, is the complete agreement and understanding of the parties with respect to the subject matter hereof, and supersedes any other agreement or understanding, written or oral. In the event of a conflict in terms between this MSA and any Addendum, the language in the Addendum shall control. This Agreement may be executed in two or more counterparts (and the signature pages may be delivered with ink or electronic signature or by facsimile or email), each will be deemed an original, but all together will constitute one and the same instrument. This Agreement may be modified only through a written instrument signed by both parties. Should any provision of this Agreement be declared void or unenforceable, such provision will be deemed amended to achieve as nearly as possible the same economic effect as the original terms and the remainder of this Agreement will remain in full force and effect. If a conflict arises between Customer's purchase order terms and this Agreement and Order(s), this Agreement and Order(s) shall take precedence. In the case of international, federal, state or local government orders, Customer purchase order must contain the following language: "This purchase order is being used for administrative purposes only and is subject to the terms and conditions of the 6x7 Master Service Agreement executed between Customer and 6x7."

17. Definitions

"Bandwidth Fees" Fees for usage of bandwidth provided under this Agreement as set forth in the Order.

"Colocation Space" The physical area within 6x7's Colocation facility identified in an Order.

"Customer Equipment" The computer, network, or other equipment placed by or for Customer in the Colocation Space, other than 6x7 Equipment.

"Fees" Charges and fees for Services charged to Customer by 6x7, exclusive of Taxes.

"6x7 Equipment" All computer equipment, software, networking hardware, shelving, cabling, cross-connects or other materials belonging to or furnished by 6x7.

"6x7 Parties" 6x7 and its affiliates, owners, partners, trustees, officers, directors, employees, and agents.

"Network" The network of routers, switches and circuits that are owned or controlled by 6x7.

"Order" An order for Service prepared by 6x7, submitted by Customer, and accepted by 6x7. 6x7 is under no obligation to accept an Order. For legacy purposes, an Order may also be called Quotation of Services ("Quote"). Customer and 6x7 may enter into subsequent Order(s), which will automatically become part of this Agreement. In the event of conflict between the terms of this Agreement and the terms of an Order, the terms of the Order shall control.

"Personnel" refers to employees, representatives, agents, contractors, or subcontractors.

"Ready For Service Date" refers to the date 6x7 has delivered the Service ready for customer use.

"Service" All services, goods and other offerings provided by 6x7 under an Order pursuant to this Agreement.

APPENDIX A: INTERNET SERVICE This appendix only applies if Customer is receiving Internet Service from 6x7 Electric.

A.1 Acceptable Use Guidelines. Customer will at all times comply with and conform its use of the Service to the 6x7 Acceptable Use Guidelines (set forth at 6x7's website), as updated from time to time. In the event Customer violates 6x7's Acceptable Use Guidelines, 6x7 shall have the right to immediately suspend Service. 6x7 will provide notice and opportunity to cure, if and to the extent 6x7 deems practicable, depending on the nature of the violation and availability of the Customer. 6x7, in its reasonable and sole discretion, may re-enable the Service upon satisfaction that all violations have ceased and

with adequate assurance that such violations will not occur in the future.

A.2 Updates. 6x7 may update the 6x7 Acceptable Use Guidelines from time to time by posting such updates on 6x7's website. References herein to the 6x7 Acceptable Use Guidelines shall mean the most updated version of such policies or procedures posted on 6x7's web site. 6x7 shall notify Customer of any material changes to its policies and procedures.

A.3 Illegal Use. Customer will cooperate in any investigation of Customer's alleged illegal use of 6x7's facilities or other networks accessed through 6x7. If Customer fails to cooperate with any such investigation, 6x7 may suspend Customer's Service immediately. Additionally, 6x7 may modify or suspend Customer's Service in the event of illegal use of the Network or as necessary to comply with any law or regulation, including the Digital Millennium Copyright Act of 1998, 17 U.S.C. 512, as reasonably determined by 6x7.

A.4 Address Space. 6x7 will assign IP addresses to Customer based upon ARIN guidelines. Addresses assigned to Customer by 6x7 may only be used while a 6x7 Internet Service customer. If Customer has a valid address allocation from ARIN, RIPE, APNIC, LACNIC, or AFRINIC Customer may request 6x7 to announce it via BGP. 6x7 BGP is delivered in a truncated feed of approx. 120k prime routes plus a default. Full feed available at unique extra charge and must be requested.

A.5 Bandwidth Measurement. Bandwidth usage will be calculated by 6x7 using the 95th percentile of samplings taken at 5 minute intervals on a monthly basis. Samples are taken by 6x7 via SNMP from the 6x7 switch or router port Customer is directly connected to and are the greater of input or output bits per second. 95th percentile is determined by sorting the sample data from smallest to largest and discarding the top 5 percent, with the remaining largest sample designated as the 95th percentile.

APPENDIX B: COLOCATION IN 6X7 FACILITIES

This appendix only applies if Customer is receiving Colocation from 6x7 in a 6x7 data center.

B.1 Use of Space. 6x7 grants Customer the right to operate Customer Equipment at the Colocation Space, as specified on Customer's Order. Except as specifically provided herein, Customer expressly assumes all risk of loss to Customer Equipment in the Colocation Space. Customer shall be liable to 6x7 for any damage to the Colocation facility, 6x7 Equipment or equipment of other 6x7 customers caused by Customer, Customer Equipment, or Customer's personnel. Customer Equipment shall be industry-accepted information and communication technology equipment suitable for use in a data

center and shall retain the appropriate government approvals including without limitation CE, UL, and NEBS.

B.2 Customer Equipment Installation and Removal. Customer is responsible for all aspects of installation and removal of Customer Equipment, including bringing appropriate equipment, tools and packaging materials. Customer will install Customer Equipment in the Colocation Space after obtaining the appropriate authorization from 6x7 to access 6x7 premises. Customer will remove all packaging for Customer Equipment promptly after installation. Should Customer use an agent or other third party to deliver, install or remove Customer Equipment, Customer will be solely responsible for the acts of such party. At Customer's option, 6x7 will remove and package Customer Equipment and place Customer Equipment in a designated area for pick-up, on the condition that Customer either provide or pay for all needed packaging plus pay 6x7's packaging fees and charges. Within five (5) business days after authorization from 6x7, Customer will remove Customer Equipment from the designated area or arrange on a pre-paid basis for a carrier to pick-up and ship such equipment to Customer. Customer may request remote hands service for the purpose of installation of equipment that has been shipped preconfigured by Customer to 6x7.

B.3 Designated Space. 6x7 will designate space for Customer. All of Customer's equipment and property must be stored in Customer's designated space or removed from the premises by Customer. Equipment and other property left by Customer in an area other than the Customer's designated space may be considered abandoned by 6x7. In that event, 6x7 may, at its option either (a) retain such items as its property or dispose of them without accountability in such a manner as 6x7 shall determine, at Customer's expense, or (b) remove and store such items for Customer, at Customer's expense.

B.4 Electrical Power. Unless otherwise specified on Customer's Order, each cabinet or rack shall be supplied with TWO 110 VAC 15A electrical circuits connected to its own circuit breaker, however they are A and B feeds, therefore the combined power draw may only be ½ of the total continuous 80% de-rated load. At its sole option, 6x7 may elect to provide 208/240v power, in which case the amperage of circuits will be reduced accordingly. Customers may upgrade their power needs through placing an Order for upgraded services at any time. Any power distribution provided by 6x7 are subject to the Limitations of Liability contained within this Agreement. 6x7 does not keep track of the power requirements of customer equipment and will not be held liable by Customer if Customer, by action of Customer's personnel or by 6x7's personnel at the request of Customer, exceeds the rating of an electrical circuit, power strip, and/or circuit breaker. 6x7 Electric is not responsible for damage caused by loss of power due to a circuit breaker tripping, equipment failure, or other reason. If Customer uses more than ½ of 80 percent the rated number of amps on an A/B redundant electrical circuit (or in the case of shared



Doc ID: 9f3df949d03fff837592d3022327bf517c27e4d2

6x7 Networks
CRITICAL SYSTEMS

**44 Montgomery St, Suite 2310, San Francisco CA**
SF1: 5030 3rd st, San Francisco, CA * SM1: 4 w 4th Ave, San Mateo, CA
www.6x7networks.com

cabinet customers more than the number of amps contracted) 1) 6x7 will notify Customer that they are over amperage on the circuit 2) After thirty days (30) if the over amperage condition is not cured, for each over amperage electrical circuit Customer will pay an additional over amperage fee equal to the monthly cost of the electrical circuit or the monthly cost of the cabinet if the electricity was included in the cabinet pricing. Customer is responsible for any damage to the circuit breaker, wiring, electrical outlet, power strip, or other electrical equipment caused by a sustained over amperage condition.

B.5 Cross Connects. Customer may run cross connects between Customer's adjacent cabinets at no charge. In addition to any cross connects between Customer's adjacent cabinets, Customer may request cross-connects through Customer's nonadjacent cabinets, within 6x7's facility, by placing an Order. Customer may request cross connects at the then current rate. All cross connects to cabinets other than Customer's cabinets or between Customer's nonadjacent cabinets shall be installed solely by 6x7 and no cross connects shall be performed in any other manner or location, unless otherwise permitted by 6x7 in writing at its sole discretion. 6x7 provides only SMF 1310nm LR optic cross-connects, no copper or MMF infrastructure is available. The term of the license of any such cross connects shall commence on the date of installation. Customer may terminate the license of any such cross connection upon at least thirty (30) days advance written notice to 6x7 (provided that, without limiting such notice period, the effective date of termination must be the first day of a calendar month). Customer shall not be entitled to any other cross connects or other connections. All cross connects shall be subject to the consent of the party with whom Customer wishes to connect.

B.6 Remote Hands Service. Customer may request 6x7 to perform "remote hands" service on Customer's equipment within 6x7's facilities. Remote hands service involves 6x7 personnel physically touching or inspecting Customer's equipment at Customer request. Remote hands tasks are limited to simple tasks such as pressing a button, flipping a switch, or hooking up a monitor and reporting what is on the screen, that take no longer than 15 minutes to perform. Remote hands tasks do not include configuration of customer equipment. Remote hands service does not include daily scheduled tasks such as tape changing. Customer may request a maximum of 1 hour of remote hands service per month at no charge. Remote hands service in excess of 1 hour is available at additional charge. Customer is not required to use the remote hands service. Customer may choose to use its own personnel to perform any task on its equipment at any time. Customer understands that computers and telecommunications equipment (hardware) are electromechanical devices and may fail. Customer is solely responsible for the maintenance and replacement of its hardware. 6x7 does not warrant either the results to be obtained from the remote hands service or that the remote hands service will be error free. Customer agrees to indemnify and hold harmless 6x7 against any loss, damage, cost and expense due to claims

from Customer or third parties arising out of Customer's remote hands requests.

B.7 Access and Security. Customer personnel may access the Colocation Space as allowed by the access list provided by Customer to 6x7. 6x7 reserves the right to deny access to specific Customer personnel for billing or security reasons. Customer shall be responsible for any authorized or unauthorized access to Customer Equipment through the Internet and any resulting use of Service.

B.8 Prohibited Uses. Customer shall not do or allow any use which in the opinion of 6x7 (a) causes or is likely to cause damage or constitutes a nuisance or annoyance to the facility, equipment, personnel, or other customers (b) would violate a condition of standard fire insurance policy for data processing centers in California (c) would violate any certificate of occupancy for the building.



Doc ID: 9f3df949d03fff837592d3022327bf517c27e4d2

6x7 Networks
CRITICAL SYSTEMS

**44 Montgomery St, Suite 2310, San Francisco CA**
SF1: 5030 3rd st, San Francisco, CA * SM1: 4 w 4th Ave, San Mateo, CA
www.6x7networks.com

**CUSTOMER**

[signature] Signature

John Cowan (Print Name)

CEO Title

07 / 27 / 2020 Date

______________________ Company Name

______________________ Address

______________________ City, State, Postal Code

______________________ Country

______________________ Telephone

______________________ Email



Doc ID: 9f3df949d03fff837592d3022327bf517c27e4d2

6x7 Networks
CRITICAL SYSTEMS

**44 Montgomery St, Suite 2310, San Francisco CA**
SF1: 5030 3rd st, San Francisco, CA * SM1: 4 w 4th Ave, San Mateo, CA
www.6x7networks.com

**6X7 NETWORKS SERVICE LEVEL AGREEMENT ADDENDUM**

THIS SERVICE LEVEL AGREEMENT APPLIES TO 6X7 NETWORKS ETHERNET SERVICE ORDERED BY CUSTOMERS PURSUANT TO AN AGREEMENT WITH 6X7 NETWORKS ("6X7"). FOR CUSTOMER'S CLAIMS RELATED TO SERVICE DEFICIENCIES, INTERRUPTIONS, OR FAILURES, CUSTOMER'S EXCLUSIVE REMEDIES ARE LIMITED TO THOSE REMEDIES SET FORTH IN THIS SLA.

**1. DEFINITIONS.**
**1.1** "AFFECTED SERVICE" MEANS WHEN A SERVICE EXPERIENCES UNAVAILABILITY.

**1.4** "CALENDAR MONTH" MEANS THE PERIOD BEGINNING AT MIDNIGHT ON THE FIRST DAY OF A MONTH AND ENDING AT 11:59PM ON THE LAST DAY OF THAT MONTH.

**1.5** "ELIGIBLE SERVICE CHARGES" MEANS CUSTOMER'S MRCS FOR THE AFFECTED SERVICE, INCLUDING BANDWIDTH AND AFFECTED CHARGES ASSOCIATED WITH THAT SERVICE, AFTER APPLICATION OF ANY CREDITS OR DISCOUNTS.

**2. GOALS.**

**A. AVAILABILITY.** CUSTOMER WILL, SUBJECT TO THE TERMS, EXCLUSIONS, AND RESTRICTIONS DESCRIBED IN THIS SLA, BE ENTITLED TO RECEIVE A CREDIT FROM 6X7 NETWORKS IF THE AVAILABILITY OF A SERVICE HOSTED, FOR ANY CALENDAR MONTH, FALLS BELOW THE PERCENTAGE SHOWN IN TABLE 1.0. THE CREDIT TO WHICH CUSTOMER MAY BE ENTITLED UNDER THIS SECTION WILL BE EQUAL TO THE APPLICABLE CREDIT PERCENTAGE, IDENTIFIED IN THE TABLE 1.0, OF THE ELIGIBLE SERVICE CHARGES.

6X7 NETWORKS PROVIDES AVAILABILITY SLA OF 99.9% PER MONTH BASED ON A CALENDAR MONTH, EXCLUDING MAINTENANCE WINDOWS AND OTHER EXCLUSIONS. A SERVICE IS CONSIDERED TO BE UNAVAILABLE WHEN IT IS UNABLE TO FORWARD CUSTOMER TRAFFIC. AN INTERRUPTION PERIOD STARTS WHEN AN UNAVAILABLE SERVICE IS REPORTED TO 6X7 NETWORKS AND ENDS WHEN SERVICE IS RESTORED.

AVAILABILITY PERCENTAGE IS CALCULATED AS FOLLOWS:

(NUMBER OF MINUTES IN A CALENDAR MONTH) – (LONGEST SERVICE OUTAGE TIME IN MINUTES)
X 100

(NUMBER OF MINUTES IN A CALENDAR MONTH)

**TABLE 1.0**

SLA CREDIT FOR EACH AFFECTED SERVICE (BASED ON SINGLE PATH NMI—6X7 NETWORKS DOES NOT OFFER DUAL PATH AT THIS TIME)

**B. SERVICE IMPACT.** CUSTOMER WILL, SUBJECT TO THE TERMS, EXCLUSIONS, AND RESTRICTIONS DESCRIBED IN THIS SLA, BE ENTITLED TO RECEIVE A CREDIT FROM 6X7 NETWORKS IF SERVICE DOES NOT MEET THE SERVICE PERFORMANCE OBJECTIVES.

| **% AVAILABILITY MIN** | **% AVAILABILITY MAX** | **SLA CREDIT**<br>**% OF THE ELIGIBLE SERVICE CHARGES FOR THE AFFECTED SERVICE** |
|---|---|---|
| 100% | 99.9% | 0% |
| < 99.9% | 98.7% | 5% |
| < 98.7% | 97.2% | 10% |
| < 97.2% | 96.5% | 25% |
| < 96.5% | 0% | 50% |

6x7 Networks
CRITICAL SYSTEMS

44 Montgomery St, Suite 2310, San Francisco CA
SF1: 5030 3rd st, San Francisco, CA * SM1: 4 w 4th Ave, San Mateo, CA
www.6x7networks.com

**4. Terms and Conditions.**

**4.1** This SLA is available to Customers with a minimum of a one year commitment for each Service. 6x7 Networks will determine in its sole discretion what records and data will be the basis for all SLA calculations and determinations.

**4.2** 6x7 Networks is offering the Service in accordance with the Agreement. In the event of a conflict between the terms of this SLA and the Agreement, the terms of this SLA will control.

**4.3** To be eligible for a credit under this SLA, Customer must, in addition to complying with the other terms included in this SLA: (a) be in good standing with 6x7 Networks and current in its obligations, other than those invoices recognized as being in dispute; and (b) submit necessary supporting documentation and request reimbursement or credits under this SLA via certified mail within 7 days of the conclusion of the month in which the requisite unavailability or degradation occurs. In the event Customer fails to comply with the condition set forth in the immediately preceding sentence, Customer will, with respect to that remedy, have waived its right to such remedy.

**4.4** Credits for any Calendar Month must exceed $25.00 to be processed. In no case will 6x7 Networks provide credit to Customer for an Affected service that exceeds the monthly recurring charge or the stated applicable maximum credit percentage. Customer may receive Credits for a particular Affected service for a maximum of four months in any 12 month period. 6x7 Networks will give notice to Customer of any scheduled maintenance as early as is practicable and a scheduled outage will under no circumstances be viewed as a period of unavailability under this SLA. Multiple Service Credits will not be given for the same period of time if, in doing so, the credits exceed the monthly recurring charge. i.e., failure to meet multiple criteria during a period of time generates only a single Service Credit. however to the extent such credits do not exceed the monthly recurring charge, such credits are applicable and shall be extended to customer's account.

**4.5** The remedies included in this SLA are Customer's sole and exclusive remedies for disruption of the Service and will apply in lieu of any other Service interruption guarantee or credit, outage guarantee or credit, or performance credit for which Customer might have otherwise been eligible.

**4.6** The objectives and related remedies set forth in this document will not apply to 6x7 Networks services other than lit fiber services.

**5. Restrictions and Exclusions.** This SLA will not apply, and Customer will not be entitled to receive a credit or exercise a termination right under this SLA, if the Service is unavailable or impaired due to any of the following:

**5.1** Interruptions on a Service that is not an Accepted Service where an "Accepted Service" is one that has been accepted or deemed accepted following provisioning of an Service Activation or Completion Notice;

**5.2** Interruptions caused by the negligence, error, breach, latches, or omission of Customer or others authorized by Customer to use or modify Customer's Service;

**5.3** Interruptions due to failure of power at Customer premises or failure or poor performance of Customer premises equipment;

**5.4** Interruptions at any facility in which 6x7 Networks does not have autonomous un-escorted 24/7 access in order to timely restore services, and/or including without limitation, any period in which 6x7 Networks or its agents are not afforded access to the premises where the access lines associated with Customer's Service are terminated;

**5.5** INTERRUPTIONS DURING ANY PERIOD WHEN 6X7 NETWORKS HAS POSTED ON THE 6X7 NETWORKS WEB SITE OR COMMUNICATED TO CUSTOMER IN ANY OTHER MANNER THAT CUSTOMER'S SERVICE WILL BE UNAVAILABLE FOR MAINTENANCE OR REARRANGEMENT PURPOSES, OR CUSTOMER HAS RELEASED THE SERVICE TO 6X7 NETWORKS FOR THE INSTALLATION OF A SERVICE; DISRUPTIONS IN INTERNET TRAFFIC CAUSED BY COMPANIES UPSTREAM FROM 6X7 NETWORKS; EXCESSIVELY LONG POWER OUTAGES, WHERE BACK-UP GENERATORS OR BACK-UP POWER SUPPLIES FAIL OR BECOME INOPERABLE; DISRUPTIONS CAUSED BY A FAILURE OF POWER OR EQUIPMENT PROVIDED BY THE CUSTOMER OR ANY THIRD PARTY; DISRUPTIONS DUE TO A FORCE MAJEURE EVENT. NO CREDIT IS AVAILABLE FOR A CUSTOMER (A) THAT IS BLOCKING 6X7 FROM MONITORING CUSTOMER'S PREMISES ROUTER; (B) THAT DOES NOT PROVIDE THE NECESSARY ACCESS TO PERSONNEL AND FACILITIES AT THE CUSTOMER'S PREMISES TO ENABLE COGENT TO PERFORM COMPREHENSIVE TROUBLESHOOTING. 6X7 IS NOT LIABLE FOR FAILURE TO FULFILL ITS OBLIGATIONS HEREUNDER IF SUCH FAILURE IS DUE TO CUSTOMER'S USE OF BANDWIDTH IN EXCESS OF THE MAXIMUM AMOUNT SPECIFIED IN CUSTOMER'S AGREEMENT, CUSTOMER'S TAMPERING WITH ANY EQUIPMENT, OR ACTS BEYOND 6X7 REASONABLE CONTROL, SUCH AS FORCE MAJEURE.

**5.6** INTERRUPTIONS DURING ANY PERIOD WHEN CUSTOMER ELECTS NOT TO RELEASE THE NETWORK FOR TESTING AND/OR REPAIR AND CONTINUES TO USE IT ON AN IMPAIRED BASIS;

**5.7** INTERRUPTIONS RESULTING FROM FORCE MAJEURE EVENTS AS DEFINED IN CUSTOMER'S AGREEMENT FOR SERVICE;

**5.8** INTERRUPTIONS RESULTING FROM CUSTOMER'S USE OF SERVICE IN AN UNAUTHORIZED OR UNLAWFUL MANNER;

**5.9** INTERRUPTIONS RESULTING FROM A 6X7 NETWORKS DISCONNECT FOR CUSTOMER'S BREACH OF A TERM SET FORTH IN THE AGREEMENT PURSUANT TO WHICH 6X7 NETWORKS IS PROVIDING THE SERVICE TO CUSTOMER;

**5.10** INTERRUPTIONS RESULTING FROM INCORRECT, INCOMPLETE, OR INACCURATE ORDERS FROM CUSTOMER;

**5.11** INTERRUPTIONS DUE TO IMPROPER OR INACCURATE NETWORK SPECIFICATIONS PROVIDED BY CUSTOMER;

**5.12** THIS SLA REQUIRES A COMPANION QUOTATION INDICATING THE SLA AND TERMS OF THAT SLA, OTHERWISE BEST EFFORT.

**5.13** INTERRUPTIONS RESULTING FROM A FAILURE OF A CARRIER OTHER THAN 6X7 NETWORKS PROVIDING LOCAL ACCESS OR AN OFF-NET SERVICE; OR SPECIAL CONFIGURATIONS OF THE STANDARD SERVICE THAT HAVE BEEN MUTUALLY AGREED TO BY 6X7 NETWORKS AND CUSTOMER.