**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

# INVOICE

| | |
|---|---|
| **Invoice #** | 003 |
| **Invoice Date** | 09/14/20 |
| **Amount Due:** | $2,000.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 10/14/20 | Net 30 |

| Description | Price | Amount |
|---|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED 7/272020-8/27/2020 | $2,000.00 | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 | $0.00 |

| | |
|---|---|
| **Subtotal:** | $2,000.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $2,000.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $2,000.00 |

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0

# 6x7 Networks, LLC

## Invoice

+1 707-235-8663

| | |
|---|---|
| Invoice number | 3DD42CDA-0002 |
| Date of issue | Aug 9, 2020 |
| Date due | Aug 10, 2020 |

**Bill to**
EDJX
8601 Six Forks Road
Suite 400
Raleigh, North Carolina 27615
United States
accounting@edjx.io

**Ship to**
EDJX
8601 Six Forks Road
Suite 400
Raleigh, North Carolina 27615
United States

## $12,000.00 due August 10, 2020

WIRE INFO: Financial Institution: Citibank, NA
ABA: 321171184
Account Number: 207178930
Payee: 6x7 Networks, LLC

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED MRC: $2000 | 1 | $2,000.00 | **$2,000.00** |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED NRC: $10,000 | 1 | $10,000.00 | **$10,000.00** |
| | | Subtotal | $12,000.00 |

**Pay $12,000.00 with ACH or wire transfer**
Bank WELLS FARGO BANK, N.A.
Routing [redacted]
Account [redacted]
SWIFT [redacted]

**Pay $12,000.00 with card**
Visit **pay.stripe.com/i/invst_HnupuAovMuDMuEOEWIlFhlfELV5PCUF**

| Amount due | $12,000.00 |
| --- | --- |

**Pay $12,000.00 with ACH or wire transfer**

Bank WELLS FARGO BANK, N.A.

Routing [redacted]

Account [redacted]

SWIFT [redacted]

**Pay $12,000.00 with card**

Visit **pay.stripe.com/i/invst_HnupuAovMuDMuEOEWIlFhlfELV5PCUF**

**Questions?** Call 6x7 Networks, LLC at +17072358663.

**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

# INVOICE

| | |
|---|---|
| **Invoice #** | 006 |
| **Invoice Date** | 09/15/20 |
| **Amount Due:** | $2,000.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 10/15/20 | Net 30 |

| Description | Price | Amount |
|---|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED 8/272020-9/27/2020 | $2,000.00 | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED<br>REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 | $0.00 |

| | |
|---|---|
| **Subtotal:** | $2,000.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $2,000.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $2,000.00 |

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0

**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

# INVOICE

| | |
|---|---|
| **Invoice #** | 020 |
| **Invoice Date** | 09/27/20 |
| **Amount Due:** | $2,000.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 10/27/20 | Net 30 |

| Description | Price | Amount |
|---|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED | $2,000.00 | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED<br>REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 | $0.00 |

9/272020-10/27/2020

| | |
|---|---|
| **Subtotal:** | $2,000.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $2,000.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $2,000.00 |

Please be advised our ACH/Wire information has recently changed:

Silicon Valley Bank
Account Name: 6x7 Networks, LLC
SVB Account: [redacted]
SVB ABA: [redacted]

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0

**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

# INVOICE

| | |
|---|---|
| **Invoice #** | 1032 |
| **Invoice Date** | 10/27/20 |
| **Amount Due:** | $3,044.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 10/27/20 | Due upon receipt |

| Description | Price | Amount |
|---|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED | $2,000.00 | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED<br>REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 | $0.00 |
| Administrative Fee | $40.00 | $40.00 |
| Federal Universal Service Charge | $100.00 | $100.00 |
| Regulatory Cost Recovery Charge | $240.00 | $240.00 |
| State Public Utility Surcharge | $20.00 | $20.00 |
| CA Advanced Services Fund (CASF) | $160.00 | $160.00 |
| CA State Sales Tax | $160.00 | $160.00 |
| City Utility Users Tax | $20.00 | $20.00 |
| County District Sales Tax | $30.00 | $30.00 |
| County Sales Tax | $10.00 | $10.00 |
| Local Emergency Services E911 Surcharge | $40.00 | $40.00 |
| Relay Service Device Fund | $20.00 | $20.00 |
| State 911 Tax | $24.00 | $24.00 |
| Teleconnect Fund | $34.00 | $34.00 |
| Universal Lifeline | $38.00 | $38.00 |
| CA High Cost Fund A | $60.00 | $60.00 |
| CA TRS | $22.00 | $22.00 |
| Utility Users Tax | $26.00 | $26.00 |

Invoices billed 1 month in advance of service period

| | |
|---|---|
| **Subtotal:** | $3,044.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $3,044.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $3,044.00 |

Please be advised our ACH/Wire information has recently changed:

Silicon Valley Bank
Account Name: 6x7 Networks, LLC
SVB Account: [redacted]
SVB ABA: [redacted]

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0

**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

# INVOICE

| | |
|---|---|
| **Invoice #** | 1040 |
| **Invoice Date** | 11/16/20 |
| **Amount Due:** | $3,044.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 11/16/20 | Due upon receipt |

| Description | Price | Amount |
|---|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED | $2,000.00 | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED<br>REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 | $0.00 |
| Administrative Fee | $40.00 | $40.00 |
| Federal Universal Service Charge | $100.00 | $100.00 |
| Regulatory Cost Recovery Charge | $240.00 | $240.00 |
| State Public Utility Surcharge | $20.00 | $20.00 |
| CA Advanced Services Fund (CASF) | $160.00 | $160.00 |
| CA State Sales Tax | $160.00 | $160.00 |
| City Utility Users Tax | $20.00 | $20.00 |
| County District Sales Tax | $30.00 | $30.00 |
| County Sales Tax | $10.00 | $10.00 |
| Local Emergency Services E911 Surcharge | $40.00 | $40.00 |
| Relay Service Device Fund | $20.00 | $20.00 |
| State 911 Tax | $24.00 | $24.00 |
| Teleconnect Fund | $34.00 | $34.00 |
| Universal Lifeline | $38.00 | $38.00 |
| CA High Cost Fund A | $60.00 | $60.00 |
| CA TRS | $22.00 | $22.00 |
| Utility Users Tax | $26.00 | $26.00 |

11/27/2020-12/27/2020

| | |
|---|---|
| **Subtotal:** | $3,044.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $3,044.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $3,044.00 |

Please be advised our ACH/Wire information has recently changed:

Silicon Valley Bank
Account Name: 6x7 Networks, LLC
SVB Account: [redacted]
SVB ABA: [redacted]

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0

# INVOICE

**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

| | |
|---|---|
| **Invoice #** | 1044 |
| **Invoice Date** | 11/27/20 |
| **Amount Due:** | $3,044.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 11/27/20 | Due upon receipt |

| Description | Price | Amount |
|---|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED | $2,000.00 | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED<br>REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 | $0.00 |
| Administrative Fee | $40.00 | $40.00 |
| Federal Universal Service Charge | $100.00 | $100.00 |
| Regulatory Cost Recovery Charge | $240.00 | $240.00 |
| State Public Utility Surcharge | $20.00 | $20.00 |
| CA Advanced Services Fund (CASF) | $160.00 | $160.00 |
| CA State Sales Tax | $160.00 | $160.00 |
| City Utility Users Tax | $20.00 | $20.00 |
| County District Sales Tax | $30.00 | $30.00 |
| County Sales Tax | $10.00 | $10.00 |
| Local Emergency Services E911 Surcharge | $40.00 | $40.00 |
| Relay Service Device Fund | $20.00 | $20.00 |
| State 911 Tax | $24.00 | $24.00 |
| Teleconnect Fund | $34.00 | $34.00 |
| Universal Lifeline | $38.00 | $38.00 |
| CA High Cost Fund A | $60.00 | $60.00 |
| CA TRS | $22.00 | $22.00 |
| Utility Users Tax | $26.00 | $26.00 |

Invoices billed 1 month in advance of service period

| | |
|---|---|
| **Subtotal:** | $3,044.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $3,044.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $3,044.00 |

Please be advised our ACH/Wire information has recently changed:

Silicon Valley Bank
Account Name: 6x7 Networks, LLC
SVB Account: [redacted]
SVB ABA: [redacted]

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0

**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

# INVOICE

| | |
|---|---|
| **Invoice #** | 1052 |
| **Invoice Date** | 12/27/20 |
| **Amount Due:** | $3,044.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 12/27/20 | Due upon receipt |

| Description | Price | Amount |
|---|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED | $2,000.00 | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED<br>REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 | $0.00 |
| Administrative Fee | $40.00 | $40.00 |
| Federal Universal Service Charge | $100.00 | $100.00 |
| Regulatory Cost Recovery Charge | $240.00 | $240.00 |
| State Public Utility Surcharge | $20.00 | $20.00 |
| CA Advanced Services Fund (CASF) | $160.00 | $160.00 |
| CA State Sales Tax | $160.00 | $160.00 |
| City Utility Users Tax | $20.00 | $20.00 |
| County District Sales Tax | $30.00 | $30.00 |
| County Sales Tax | $10.00 | $10.00 |
| Local Emergency Services E911 Surcharge | $40.00 | $40.00 |
| Relay Service Device Fund | $20.00 | $20.00 |
| State 911 Tax | $24.00 | $24.00 |
| Teleconnect Fund | $34.00 | $34.00 |
| Universal Lifeline | $38.00 | $38.00 |
| CA High Cost Fund A | $60.00 | $60.00 |
| CA TRS | $22.00 | $22.00 |
| Utility Users Tax | $26.00 | $26.00 |

Invoices billed 1 month in advance of service period

| | |
|---|---|
| **Subtotal:** | $3,044.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $3,044.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $3,044.00 |

Please be advised our ACH/Wire information has recently changed:

Silicon Valley Bank
Account Name: 6x7 Networks, LLC
SVB Account: [redacted]
SVB ABA: [redacted]

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0

**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

# INVOICE

| | |
|---|---|
| **Invoice #** | 1059 |
| **Invoice Date** | 01/27/21 |
| **Amount Due:** | $2,949.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 01/27/21 | Due upon receipt |

| Description | Price | Amount |
|---|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED | $2,000.00 | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 | $0.00 |
| Administrative Fee | $40.00 | $40.00 |
| Federal Universal Service Charge | $100.00 | $100.00 |
| Regulatory Cost Recovery Charge | $120.00 | $120.00 |
| State Public Utility Surcharge | $20.00 | $20.00 |
| CA Advanced Services Fund (CASF) | $165.00 | $165.00 |
| CA State Sales Tax | $160.00 | $160.00 |
| City Utility Users Tax | $20.00 | $20.00 |
| County District Sales Tax | $30.00 | $30.00 |
| County Sales Tax | $10.00 | $10.00 |
| Local Emergency Services E911 Surcharge | $40.00 | $40.00 |
| Relay Service Device Fund | $20.00 | $20.00 |
| State 911 Tax | $24.00 | $24.00 |
| Teleconnect Fund | $34.00 | $34.00 |
| Universal Lifeline | $38.00 | $38.00 |
| CA High Cost Fund A | $80.00 | $80.00 |
| CA TRS | $22.00 | $22.00 |
| Utility Users Tax | $26.00 | $26.00 |

Invoices billed 1 month in advance of service period

| | |
|---|---|
| **Subtotal:** | $2,949.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $2,949.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $2,949.00 |

Please be advised our ACH/Wire information has recently changed:

Silicon Valley Bank
Account Name: 6x7 Networks, LLC
SVB Account: [redacted]
SVB ABA: [redacted]

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0

**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

# INVOICE

| | |
|---|---|
| **Invoice #** | 1080 |
| **Invoice Date** | 02/27/21 |
| **Amount Due:** | $2,949.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 02/27/21 | Due upon receipt |

| Description | Amount |
|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED<br>REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 |
| Administrative Fee | $40.00 |
| Federal Universal Service Charge | $100.00 |
| Regulatory Cost Recovery Charge | $120.00 |
| State Public Utility Surcharge | $20.00 |
| CA Advanced Services Fund (CASF) | $165.00 |
| CA State Sales Tax | $160.00 |
| City Utility Users Tax | $20.00 |
| County District Sales Tax | $30.00 |
| County Sales Tax | $10.00 |
| Local Emergency Services E911 Surcharge | $40.00 |
| Relay Service Device Fund | $20.00 |
| State 911 Tax | $24.00 |
| Teleconnect Fund | $34.00 |
| Universal Lifeline | $38.00 |
| CA High Cost Fund A | $80.00 |
| CA TRS | $22.00 |
| Utility Users Tax | $26.00 |

Invoices billed 1 month in advance of service period

| | |
|---|---|
| **Subtotal:** | $2,949.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $2,949.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $2,949.00 |

Please be advised our ACH/Wire information has recently changed:

Silicon Valley Bank
Account Name: 6x7 Networks, LLC
SVB Account: [redacted]
SVB ABA: [redacted]

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0

**6x7 Networks, LLC**
5030 3rd St
San Francisco, CA 94124
8888888591

# INVOICE

| | |
|---|---|
| **Invoice #** | 1088 |
| **Invoice Date** | 03/27/21 |
| **Amount Due:** | $2,949.00 |

EDJX Inc
8601 Six Forks Road
Suite 400
Raleigh, NC 27615
United States

2401 Walsh Avenue
Santa Clara, CA 95051
United States

| Due Date | Terms |
|---|---|
| 03/27/21 | Due upon receipt |

| Description | Amount |
|---|---|
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED | $2,000.00 |
| 1x 10,000Mbit / 10,000Mbit Layer3 SMF 1310nm HARDWARE ENCRYPTED<br>REDUNDANT CIRCUIT TO SECOND CORE ROUTER | $0.00 |
| Administrative Fee | $40.00 |
| Federal Universal Service Charge | $100.00 |
| Regulatory Cost Recovery Charge | $120.00 |
| State Public Utility Surcharge | $20.00 |
| CA Advanced Services Fund (CASF) | $165.00 |
| CA State Sales Tax | $160.00 |
| City Utility Users Tax | $20.00 |
| County District Sales Tax | $30.00 |
| County Sales Tax | $10.00 |
| Local Emergency Services E911 Surcharge | $40.00 |
| Relay Service Device Fund | $20.00 |
| State 911 Tax | $24.00 |
| Teleconnect Fund | $34.00 |
| Universal Lifeline | $38.00 |
| CA High Cost Fund A | $80.00 |
| CA TRS | $22.00 |
| Utility Users Tax | $26.00 |

Invoices billed 1 month in advance of service period

| | |
|---|---|
| **Subtotal:** | $2,949.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $2,949.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $2,949.00 |

Please be advised our ACH/Wire information has recently changed:

Silicon Valley Bank
Account Name: 6x7 Networks, LLC
SVB Account: [redacted]
SVB ABA: [redacted]

To pay online, go to https://app02.us.bill.com/p/00802VVVUWAMHBCOVit0