Andrew G. Watters (#237990)
118 South Blvd.
San Mateo, CA 94402
andrew@andrewwatters.com
+1 (415) 261-8527

Attorney for Plaintiff
EDJX, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDJX, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>6x7 Networks, LLC, a California Limited Liability Company; Benjamin P.D. Cannon, an individual; Does 1-10,<br><br>Defendants, | Case no.<br><br>**PERMANENT INJUNCTION AGAINST 6X7 NETWORKS, LLC AND BENJAMIN P.D. CANNON**<br><br>18 U.S.C. sec. 1964(a)<br><br>UNLIMITED CIVIL |

## INTRODUCTION

1. This action was tried to the court on _______________.

2. The court found liability and damages in connection with Defendants' continuing criminal racketeering enterprise.

3. The Court has subject matter and personal jurisdiction over the Defendants, namely 6x7 Networks, LLC and Benjamin P.D. Cannon. All notices required by law have been given.

4. The Court, finding that the Racketeer-Influenced and Corrupt Organizations (RICO) law at 18 U.S.C. sec. 1961 et seq. applies, hereby awards Plaintiff the following permanent injunction under 18 U.S.C. sec. 1964(a):

## DIVESTITURE

5. BENJAMIN P.D. CANNON, and all persons acting in concert with her who have notice of this injunction, are ordered divested from the enterprise forthwith, and a receiver shall be appointed forthwith to wind down 6x7 Networks, LLC without Ms. Cannon. Ms. Cannon shall not re-enter the telecom field or a similar business enterprise for at least fifteen years from the date of this decree.

6. 6X7 NETWORKS, LLC is determined to be a continuing criminal enterprise, and is ordered dissolved and wound up through receivership. No principal of 6x7 Networks, LLC, including but not limited to Ms. Cannon and KAR DHILLON, shall continue or attempt to continue the enterprise.

Date: _________________ ______________________________
District Judge