IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>6X7 NETWORKS, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-02398-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On June 17, 2022, plaintiff electronically filed its First Amended Complaint and exhibits attached thereto. To date, plaintiff has not submitted courtesy copies of said documents.

Pursuant to this Court's Standing Orders, effective October 27, 2021, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See id.

Accordingly, plaintiff is hereby ORDERED to submit forthwith the requisite courtesy copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: June 23, 2022

MAXINE M. CHESNEY
United States District Judge