1
2
3
4
5
6
7

United States District Court
Northern District of California

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDJX, INC.,

            Plaintiff,

    v.

6x7 NETWORKS, LLC, and BENJAMIN
P.D. CANNON,

           Defendants.

Case No.  21-cv-02398-MMC

**DIRECTIONS TO PLAINTIFF RE:
SERVICE OF OPERATIVE
COMPLAINT**

By order filed May 24, 2022, the Court dismissed plaintiff's complaint with leave to amend, and, in light of the dismissal, denied without prejudice plaintiff's then-pending "Motion for Service by Publication and Via Substitute Service."  Thereafter, on June 17, 2022, plaintiff filed its FAC.

The docket reflects plaintiff has served defendant Benjamin P.D. Cannon ("Cannon") with a summons and copy of the initial complaint (see Doc. No. 34), but does not reflect plaintiff has served Cannon with the FAC.  Additionally, the docket does not reflect plaintiff has served defendant 6x7 Networks, LLC ("6x7 Networks") in any manner.

Accordingly:

1.  Plaintiff is hereby DIRECTED to serve Cannon with a copy of the FAC no later than July 15, 2022, see Fed. R. Civ. P. 5(a)(1)(B), (b)(2), and to file proof of such service no later than July 22, 2022.  Failure to do so may result in dismissal of plaintiff's claims against Cannon for failure to prosecute.  See Fed. R. Civ. P. 41(b).

2.  Plaintiff is hereby DIRECTED to file, no later than July 22, 2022, proof of

service of a summons and a copy of the FAC on 6x7 Networks, or, in the alternative, to file a renewed motion to serve said defendant by publication or substituted service.  In the event plaintiff elects to file a motion, plaintiff must show "why it cannot reasonably accomplish service by delivering such documents to the 'general partner or the general manager,' <u>see</u> Cal. Code Civ. Proc. § 416.40(a), or to one of the 'association's members,' <u>see</u> Cal. Corp. Code § 18220, or, if unable to do so, then by leaving such documents at 6x7 Network's office and thereafter mailing them to 6x7 Networks at that address, <u>see</u> Cal. Code Civ. Proc. § 415.20." (<u>See</u> Order, filed May 24, 2022, at 3:7-11.)  Failure to do so may result in dismissal of plaintiff's claims against 6x7 for failure to timely effectuate service.  <u>See</u> Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: July 5, 2022

MAXINE M. CHESNEY
United States District Judge