Andrew Watters (#237990)
Jeramy Stone (#314913)
555 Twin Dolphin Drive, Ste. 135
Redwood City, CA 94065
(415) 261-8527
andrew@andrewwatters.com
jeramy@andrewwatters.com

Attorneys for Plaintiff EDJX, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>6X7 NETWORKS LLC, a California limited liability company; BENJAMIN P.D. CANNON, an individual; DOES 1-10,<br><br>   Defendants | Case No.: 3:21-cv-02398-MMC<br><br>CERTIFICATE OF SERVICE |

**PROOF OF SERVICE**

I, the undersigned, declare that:

I am over the age of eighteen years, employed in the County of San Mateo, and not a party to this action; my business address is 555 Twin Dolphin Drive, Ste. 135 Redwood City, CA 94065.

On the date listed below, I caused a true copy of the following documents(s) to be served in this action upon the person(s) set forth below, by the method indicated.

**DOCUMENTS SERVED:**      **PLAINTIFF'S FIRST AMENDED COMPLAINT**

**PERSON(S) SERVED:**      Benjamin P.D. Cannon
5030 3rd St.
San Francisco, CA 94124

() ONLY BY ELECTRONIC TRANSMISSION as follows: Only by emailing the document(s) to the person(s) at the e-mail address(es). This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

(X) BY MAIL - I am readily familiar with Andrew G. Watters practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Redwood City California, in the ordinary course of business.

() BY FEDERAL EXPRESS - I am readily familiar with Andrew G. Watters practice of collection, and processing correspondence for delivery by Federal Express. Under that practice document would be placed in a sealed Federal Express envelope on that same day with our account number on the shipping label for payment and placed in the Federal Express pick up box at Redwood City, California, in the ordinary course of business.

1  ( ) BY FACSIMILE - I caused such documents to be transmitted to the telephone number of the
2  addressee listed above, by use of facsimile telephone number (415) 472-7950. The facsimile
3  machine used complied with California Rules of Court, Rule 2004 and no error was reported by
4
5  the machine. Pursuant to California Rules of Court, Rule 2006(d) a transmission record of the
6  transmission was printed.

7  () BY PERSONAL SERVICE as follows: I caused a copy of such documents to be delivered by
8  hand to the addressee between the hours of 8:00 a.m. and 5:00 p.m.
9
10
11  I declare under penalty of perjury under the laws of the State of California that the foregoing is
12  true and correct.
13
14  Executed on July 13, 2022, in Redwood City CA.

_____
Jeramy Stone