| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Andrew G. Watters, Esq  SBN: Bar No. 237990  ANDREW G. WATTERS, ESQ.  118 South Blvd   San Mateo, CA 94402 | | |
| TELEPHONE NO.: **(415) 261-8527** | FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: | Client File # **Benjamin P.D. Cannon** | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: **450 GOLDEN GATE #1111**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN FRANCISCO, CA 94102**
BRANCH NAME:

PLAINTIFF/PETITIONER: **EDJX, INC., A DELAWARE CORPORATION**
DEFENDANT/RESPONDENT: **6X7 NETWORKS, LLC., CALIFORNIA LIMITED LIABILITY COMPANY., ET AL;**

**DECLARATION OF DILIGENCE**

CASE NUMBER: **21-CV-02398 SK**

I received the within assignment for filing and/or service on March 1, 2022 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: **6X7 NETWORKS, LLC., CALIFORNIA LIMITED LIABILITY COMPANY**

Documents: **SUMMONS IN A CIVIL ACTION; COMPLAINT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM; CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

As enumerated below:

**3/3/2022 -- 1:00 PM**    5030 3RD ST, UNIT 5
SAN FRANCISCO, CA 94124
Arrived at the home location address, this place is vacant. 2 workers here, they do not know the subject, maybe next door at 5024 3rd St., but subject name not listed on Call Box.

**3/6/2022 -- 6:30 PM**    5030 3RD ST, UNIT 5
SAN FRANCISCO, CA 94124
Arrived at the location, there was no answer, banged on garage door still no one answer.

**3/8/2022 -- 3:56 PM**    5030 3RD ST, UNIT 5
SAN FRANCISCO, CA 94124
No answer, knocked on door and garage. Waited 10 minutes, no one in or out.

County: **San Francisco**
Registration No.: **2017-0001009**
**Asap Legal**
**255 N Market Street, Suite 180**
**San Jose, CA 95110**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 3/8/2022.

Signature: _____
**Andy Esquer**

**DECLARATION OF DILIGENCE**

Order#: SJ33004020/otpFormat

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number and Address)* | | FOR COURT USE ONLY |
|---|---|---|
| Andrew G. Watters, Esq<br>ANDREW G.WATTERS,ESQ.<br>118 South Blvd   San Mateo, CA 94402 | SBN: Bar No.237990 | |
| TELEPHONE NO.: **(415) 261-8527** | FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: **EDJX,INC., A DELAWARE CORPORATION**   Client File # **Benjamin P.D. Cannon** | | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: **450 GOLDEN GATE #1111** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **SAN FRANCISCO, CA 94102** | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: | **EDJX,INC., A DELAWARE CORPORATION** |
|---|---|
| DEFENDANT/RESPONDENT: | **6X7 NETWORKS, LLC., CALIFORNIA LIMITED LIABILITY COMPANY., ET AL;** |

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>**21-CV-02398 SK** |
|---|---|

I received the within assignment for filing and/or service on March 1, 2022 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee:   **Benjamin P.D. Cannon**

Documents:   **SUMMONS IN A CIVIL ACTION; COMPLAINT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM; CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

As enumerated below:

**3/3/2022 -- 1:00 PM**          5030 3RD ST, UNIT 5
                                                  SAN FRANCISCO, CA 94124
Arrived at the home location address, this place is VACANT, 2 Mexicans workers here, they do not know the subject, maybe next door at 5024 3rd St., but subject name not listed on Call Box.

**3/6/2022 -- 6:30 PM**          5030 3RD ST, UNIT 5
                                                  SAN FRANCISCO, CA 94124
Arrived at the location, there was no answer, banged on garage door still no one answer.

**3/8/2022 -- 3:56 PM**          5030 3RD ST, UNIT 5
                                                  SAN FRANCISCO, CA 94124
No answer, knocked on door and garage. Waited 10 minutes, no one in or out.

**3/16/2022 -- 1:15 PM**        5030 3RD ST, UNIT 5
                                                  SAN FRANCISCO, CA 94124
I was able to open the roll up, as I went to Unit 5, there was no answer at the door, someone talking inside, but wouldn't open the door. I have waited 10 minutes with clipboard and measuring tape, subject never showed.

**Continued on Next Page**

County: **San Francisco**
Registration No.: **2017-0001009**
**Asap Legal**
**255 N Market Street, Suite 180**
**San Jose, CA 95110**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 3/24/2022.

Signature: _____
                                       **Andy Esquer**

**DECLARATION OF DILIGENCE**                                                                                  Order#: Sj33004021/otpFormat

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| Andrew G. Watters, Esq<br>ANDREW G. WATTERS, ESQ.<br>118 South Blvd   San Mateo, CA 94402 | SBN: Bar No. 237990 | |
| TELEPHONE NO.: **(415) 261-8527** | FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: **EDJX, INC., A DELAWARE CORPORATION** | Client File #: **Benjamin P.D. Cannon** | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: **450 GOLDEN GATE #1111** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **SAN FRANCISCO, CA 94102** | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: **EDJX, INC., A DELAWARE CORPORATION** |
|---|
| DEFENDANT/RESPONDENT: **6X7 NETWORKS, LLC., CALIFORNIA LIMITED LIABILITY COMPANY., ET AL;** |

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**21-CV-02398 SK** |
|---|---|

I received the within assignment for filing and/or service on March 1, 2022 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: **Benjamin P.D. Cannon**

Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM; CIVIL COVER SHEET; CORPORATE DISCLOSURE STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

As enumerated below:

**Continued from Previous Page**

**3/19/2022 -- 6:00 PM**        5030 3RD ST, UNIT 5
                               SAN FRANCISCO, CA 94124
There was no answer, noise inside, I have waited for 15 minutes no one came to the door.

**3/23/2022 -- 4:00 PM**        5030 3RD ST, UNIT 5
                               SAN FRANCISCO, CA 94124
No changes, there was no answer or noise inside, I have waited for 10 minutes, no one came to the door.

County: **San Francisco**
Registration No.: **2017-0001009**
**Asap Legal**
**255 N Market Street, Suite 180**
**San Jose, CA 95110**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 3/24/2022.

Signature: _____

**Andy Esquer**

**DECLARATION OF DILIGENCE**

Order#: Sj33004021/otpFormat