IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC., <br><br>        Plaintiff, <br><br>   v. <br><br>6X7 NETWORKS, LLC, et al., <br><br>        Defendants. | Case No. 21-cv-02398-MMC <br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION OR SUBSTITUTE SERVICE; CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court is plaintiff EDJX, Inc.'s ("EDJX") "Motion for Service by Publication and Via Substitute Service," filed July 22, 2022, and plaintiff's supplement thereto, filed August 18, 2022.  Having read and considered the papers filed in support of the motion, the Court rules as follows.

    In its motion, EDJX seeks an order allowing it to serve defendant 6x7 Networks, LLC ("6x7 Networks") by publication or, alternatively, by substitute service upon the Secretary of State.  Good cause appearing, the motion is hereby GRANTED as follows:

    1.  Plaintiff may serve 6x7 Networks by publication.  Specifically, any such publication shall be "made as provided by Section 6064 of the Government Code," see Cal. Code Civ. Proc. § 415.50(b), in a newspaper of general circulation in San Francisco, California, and completed no later than October 14, 2022.  Additionally, plaintiff is directed to mail 6x7 Networks a copy of the summons and complaint, together with a copy of this order, see Cal. Code. Civ. Proc. § 415.50(b), and to do so no later than September 9, 2022.

    2.  Alternatively, plaintiff may serve 6x7 Networks by substitute service on the California Secretary of State.  Specifically, any such service shall be made by delivering a

copy of the summons and complaint to the Secretary of State, together with a copy of this order, see Cal. Corp. Code §§ 17701.16(c), and shall be accomplished no later than October 14, 2022.

3. No later than October 28, 2022, plaintiff shall file proof of service of the summons and complaint on 6x7 Networks, either by publication or substitute service on the Secretary of State. If plaintiff fails to do so, plaintiffs' claims against 6x7 Networks will be dismissed for failure to timely effectuate service of process. See Fed. R. Civ. P. 4(m).

Lastly, in light of the above, the Case Management Conference is hereby CONTINUED from October 28, 2022, to December 2, 2022, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than November 23, 2022.

**IT IS SO ORDERED.**

Dated: August 30, 2022

MAXINE M. CHESNEY
United States District Judge