# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 2, 2022        **Time:** 10:47 - 10:57        **Judge:** MAXINE M. CHESNEY
                                        = 10 minutes

**Case No.**: 21-cv-02398-MMC    **Case Name:** EDJX, Inc. v. 6x7 Networks, LLC

**Attorney for Plaintiff:** Jeramy Stone for Andrew Watters
**Attorney for Defendant:** No Appearance

**Deputy Clerk:** Tracy Geiger                **Zoom Recording**

## PROCEEDINGS

**Initial Case Management Conference – hearing held by Zoom.**

**Deadline to file Motion for Entry of Default (both defendants): February 24, 2023.**

**Deadline to file Motion for Default Judgment: April 28, 2023.**