Andrew Watters (#237990)
555 Twin Dolphin Drive, Ste. 135
Redwood City, CA 94065
(415) 261-8527
andrew@andrewwatters.com

Attorney for Plaintiff
EDJX, Inc.

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| EDJX, INC., a Delaware corporation, | Case No.: 3:21-cv-02398 |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR ENTRY OF DEFAULT JUEGMENT OF DEFENDANT 6X7 NETWORKS, LLC |
| 6X7 NETWORKS, LLC. a California limited liability company; BENJAMIN P.D. CANNON, an individual; DOES 1-10, | **Fed. R. Civ. P. 55(b)** |
| Defendants | |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff EDJX, Inc. requests that the entry of judgment by default be entered against defendant 6x7 Networks, LLC pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated: April 28, 2023

*Andrew G. Watters*
_____
Andrew G. Watters, Esq.
Attorney for Plaintiff EDJX, Inc.