Andrew Watters (#237990)
555 Twin Dolphin Drive, Ste. 135
Redwood City, CA 94065
(415) 261-8527
andrew@andrewwatters.com

Attorney for Plaintiff
EDJX, Inc.

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>6X7 NETWORKS, LLC. a California limited liability company; BENJAMIN P.D. CANNON, an individual; DOES 1-10,<br><br>   Defendants | Case No.: 3:21-cv-02398<br><br>DECLARATION OF ANDREW WATTERS IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT OF DEFENDANT 6X7 NETWORKS, LLC<br><br>**Fed. R. Civ. P. 55(b)** |

# DECLARATION

I, ANDREW WATTERS, declare:

1. I am the attorney of record for Plaintiff. I am over the age of eighteen years and I have personal knowledge of the matters stated herein. If called as a witness, I would competently attest thereto.

2. The summons and complaint were served upon the defendant on October 7, 2022.

3. An answer to the complaint was due on October 28, 2022. No response was served within the time allowed by law nor has the defendant sought additional time within which to respond.

4. The default of defendant was entered on February 27, 2023.

5. As required by the Servicemembers Civil Relief Act of 2003, I have confirmed that the defendant is not currently in active military service.

6. To my best information and belief, defendant is not an infant or incompetent person.

7. The claim of the plaintiff is for:

    a) The principal sum of thirty-three thousand one hundred and twenty-five thousand dollars ($33,125.00);

    b) Treble damages in the amount threefold of the total principal thus setting the amount at ninety-nine thousand three hundred and seventy-five dollars ($99,375.00);

    c) The sum of ten thousand dollars ($10,000.00) in attorney fees;

    d) Total damages in the amount of one hundred and nine thousand three hundred and seventy-five dollars ($109,375.00);

    e) Pre-judgment interest on all monies paid;

    f) A permanent injunction in the form of attached hereto as <u>Exhibit</u> A;

    g) Costs of suit; and

    h) Return of all EDJX property in Defendant's custody.

8. Plaintiff requests that the court enter default judgment against the defendant.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 28, 2023

*Andrew G. Watters*
———————————————
Andrew G. Watters, Esq.
Attorney for Plaintiff EDJX, Inc.

# Exhibit A

Andrew Watters (#237990)
555 Twin Dolphin Drive, Ste. 135
Redwood City, CA 94065
(415) 261-8527
andrew@andrewwatters.com

Attorney for Plaintiff
EDJX, Inc.

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>6X7 NETWORKS, LLC. a California limited liability company; BENJAMIN P.D. CANNON, an individual; DOES 1-10,<br><br>  Defendants | Case No.: 3:21-cv-02398<br><br>[PROPOSED] PERMANENT INJUNCTION |

## PERMANENT INJUNCTION

A. This action was tried to the court on _____.

B. The court found liability and damages in connection with Defendants' continuing criminal racketeering enterprise.

C. The Court has subject matter and personal jurisdiction over the Defendants, namely 6x7 Networks, LLC and Benjamin P.D. Cannon. All notices required by law have been given.

D. The Court, finding that the Racketeer-Influenced and Corrupt Organizations (RICO) law at 18 U.S.C. sec. 1961 et seq. applies, hereby awards Plaintiff the following permanent injunction under 18 U.S.C. sec. 1964(a):

**DIVESTITURE**

E. BENJAMIN P.D. CANNON, and all persons acting in concert with her who have notice of this injunction, are ordered divested from the enterprise forthwith, and a receiver shall be appointed forthwith to wind down 6x7 Networks, LLC without Ms. Cannon. Ms. Cannon shall not re-enter the telecom field or a similar business enterprise for at least fifteen years from the date of this decree.

F. 6X7 NETWORKS, LLC is determined to be a continuing criminal enterprise, and is ordered dissolved and wound up through receivership. No principal of 6x7 Networks, LLC, including but not limited to Ms. Cannon and KAR DHILLON, shall continue or attempt to continue the enterprise.

Dated:_____

_____
District Judge