Andrew Watters (#237990)
555 Twin Dolphin Drive, Ste. 135
Redwood City, CA 94065
(415) 261-8527
andrew@andrewwatters.com

Attorney for Plaintiff
EDJX, Inc.

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC., a Delaware corporation, | Case No.: 3:21-cv-02398 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| 6X7 NETWORKS, LLC. a California limited liability company; BENJAMIN P.D. CANNON, an individual; DOES 1-10, | |
| Defendants | |

CERTIFICATE OF SERVICE

I, Jeramy Stone, hereby certify that I am employed by Andrew G. Watters, Esq. and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry of Default by the Court, Affidavit in Support of Motion for Entry of Default, and proposed Default Judgment to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

Addressee:
Benjamin P.D. Cannon
6x7 Networks, LLC
5024 3RD ST
SAN FRANCISCO, CA 94124

Dated: April 28, 2023

_____
Jeramy Stone