IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC., <br><br> Plaintiff, <br><br> v. <br><br> 6X7 NETWORKS, LLC, et al., <br><br> Defendants. | Case No. 21-cv-02398-MMC <br><br> **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT; VACATING HEARING ON PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT** |

Before the Court is defendants' Motion, filed May 12, 2023, "to Set Aside Clerk's Entry of Default Judgment,"[1] noticed for hearing on June 9, 2023. Under the Local Rules of this District, however, a motion must be noticed for hearing "not less than 35 days after filing of the motion." See Civil L.R. 7-2(a).

Accordingly, the hearing on defendants' motion to set aside the entry of default is hereby CONTINUED to June 16, 2023, at 9:00 a.m.

In light thereof, the hearing on plaintiff's motions for default judgment (see Doc Nos. 56, 57), noticed for hearing on June 2, 2023, is hereby VACATED, and will be reset, as necessary, following resolution of defendants' motion to set aside the entry of default.

**IT IS SO ORDERED.**

Dated: May 17, 2023

MAXINE M. CHESNEY
United States District Judge

---

[1] As the Clerk of Court has not entered default judgment, the Court construes defendants' filing as a motion to set aside the default entered by the Clerk on February 27, 2023. (See Doc. No. 55.)