IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>6X7 NETWORKS, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-02398-MMC<br><br>**ORDER DENYING PLAINTIFFS'<br>MOTIONS FOR DEFAULT JUDGMENT** |

      By order filed concurrently herewith, the Court has granted defendants' motion to set aside their defaults.

      Accordingly, plaintiff's motions for default judgment (see Doc. Nos. 56, 57) are hereby DENIED.

      **IT IS SO ORDERED.**

Dated: June 12, 2023

                                                            MAXINE M. CHESNEY<br>
                                                           United States District Judge