Andrew Watters (#237990)
555 Twin Dolphin Drive, Ste. 135
Redwood City, CA 94065
(415) 261-8527
andrew@andrewwatters.com

Attorney for Plaintiff
EDJX, Inc.

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDJX, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>6X7 NETWORKS, LLC. a California limited liability company; BENJAMIN P.D. CANNON, an individual; DOES 1-10,<br><br>　　　　Defendants | Case No.: 3:21-cv-02398<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)(1)(A)(I)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff EDJX, Inc. and or their counsel, hereby give notice that the above- captioned action is voluntarily dismissed, without prejudice against the defendant(s) 6x7 Networks, LLC and Benjamin P.D. Cannon.

Dated: June 15, 2023

　　　　　　　　　　　　　　　　　　　　*Andrew G. Watters*
　　　　　　　　　　　　　　　　　　　　Andrew G. Watters, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff EDJX, Inc.